# Madden's Estate.

*Appeals — Assignments of error — Noncompliance with rules— Quashing appeal.*

An appeal from a final decree of the orphans' court will be dismissed, where the error assigned is the dismissal of exceptions, and such exceptions are not contained in the assignments of error, or otherwise incorporated in accordance with the rules.

Argued April 28, 1924. Appeals, Nos. 29 and 30, April T., 1924, by exceptants, from decree of O. C. Allegheny Co., Feb. T., 1922, No. 87, dismissing exceptions to adjudication in the estate of Thomas Madden, deceased. Before HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Appeals dismissed.

Exceptions to adjudication. Before TRIMBLE, J.

The opinion of the Superior Court states the case.

The court dismissed the exceptions. Exceptants appealed.

*Error assigned* was in dismissing exceptions.

*O. H. Rosenbaum,* for appellant.

*H. L. Hegner,* for appellee.

PER CURIAM, May 5, 1924:

The single assignment of error is said to be to the final decree dismissing appellant's exceptions and confirming the account. The exceptions in question are not printed in the assignment. At one place in the record, we find exceptions which were filed below,—the first being as follows: "1. The auditing judge erred in dismissing the exceptions filed by Mary Madden, and said exceptions are hereby renewed"—Our inquiry would then seem to become: what were the exceptions filed, so referred to as having been dismissed, and now renewed? We cannot pursue such inquiries and we state so much of the matter only to indicate that there is a real necessity to comply with the rules of this court governing the preparation of briefs, especially in a matter however so vital as the assignments of error. We have examined the record in the light of appellant's argument, and find no error. Appeal dismissed.